|  |  |  |
|---|---|---|
| JUDGE: | Mary Jo Heston |
| CHAPTER: | 7 |
| HEARING LOCATIONS: | TACOMA |
| HEARING DATE: | JULY 19, 2018 |
| HEARING TIME: | 9:00 A.M. |
| RESPONSE DATE: | JULY 12, 2018 |

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

Dolce Si, LLC )   Bankruptcy Case No. 18-41191-MJH
)
)   Chapter 7
)
)   Motion for Relief from Stay
Debtor. )

In re: )
Elisabetta Rosalinda O'Shea, )   Bankruptcy Case No. 18-41204-MJH
and Steven Patrick O'Shea, )
)   Chapter 7
)
Debtor. )   Motion for Relief from Stay

## MOTION FOR RELIEF FROM STAY AND BRIEF IN SUPPORT

Movant Point Ruston Apartments, LLC, by and through undersigned counsel, pursuant to 11 U.S.C. § 362(d) and Bankruptcy Rule 4001, requests an order conditioning, modifying, or dissolving the automatic stay imposed by 11 U.S.C. § 362 of the Bankruptcy Code. Movant prays for an Order from the Court granting Movant relief from the automatic stay and to allow it to foreclose on its statutory landlord's lien under state law and procedures and to re-lease the premises covered by the Dolce Si lease to new tenants. Movant seeks any further relief to which the Movant may be entitled.

MOTION TO LIFT STAY

Law Offices of Jack B. Krona Jr.
5219 N. Shirley St. #100
Ruston, WA 98407
(253) 341-9331
j_krona@yahoo.com

1

Case 18-41204-MJH    Doc 15    Filed 06/28/18    Ent. 06/28/18 16:39:53    Pg. 1 of 10

I.

The Court has jurisdiction over this matter pursuant to 28 U.S.C. § 157 and 1334. This is a core proceeding under 28 U.S.C. § 157(b)(2). The venue of this case is proper and this Motion is proper under 28 U.S.C. § 1408 and 1409.

II.

Movant is the holder of a landlord's lien, more particularly described in paragraph IV, below, and has standing to bring this motion because of its status as a secured creditor.

III.

On April 4, 2018, Dolce Si, LLC ("Dolce Si") filed a petition for relief under Chapter 7 of the Bankruptcy Code. Movant is a secured creditor. Mark Waldron has been appointed Trustee. On June 6, 2018, Waldron indicated his intent to abandon the property subject to the Movant's landlord lien. (June 6, 2018, "Ch. 7 Trustee Report of No Distribution," ECF Docket Entry, Case No. 18-41191-MJH.)

IV.

Effective May 7, 2015, Dolce Si entered a "Mixed-Use Center Lease Agreement" with Point Ruston Apartments, LLC ("Movant" or "PRA"). Elisabetta Rosalinda O'Shea is a lease guarantor and manager and member of Dolce Si, who also concurrently filed an individual Chapter 7 Bankruptcy along with her Husband, Steven Patrick O'Shea. Dolce Si used the premises to operate the Dolce Si Bakery at 5005 Main St., Suite 105, Tacoma, WA 98407, a copy of which is attached to the Declaration of Steven Willock in support of this motion as Exhibit A. Dolce Si vacated the property and repudiated the lease before filing for bankruptcy. Dolce Si owes Movant for more than two months in unpaid rent. RCW 60.72.010 grants Movant a statutory lien for such rent upon personal property which has been used or kept on the rented property by the tenant, and such liens for rent "shall be paramount to, and have preference over, all other liens except for liens

MOTION TO LIFT STAY

Law Offices of Jack B. Krona Jr.
5219 N. Shirley St. #100
Ruston, WA 98407
(253) 341-9331
j.krona@yahoo.com

for taxes, general and special liens of labor, and liens of mortgages duly recorded prior to the tenancy." The two-month past-due rent amount is $13,774.28.

V.

The landlord's lien granted by RCW 60.72.010 to secure two-months of rent attaches to the property specifically listed in the Appraisal Report of Joshua Pearce, a copy of which is attached to the Willock Declaration as Exhibit B, as well as any other personal property left on the premises.

VI.

The landlord's lien attaches to the property and was perfected by operation of law without the necessity of a writing or recording. *See* RCW 60.72.010.

VII.

The total value of the property subject to the lien is estimated at $14,070.20. The valuation method Bargreens used in the attached report was 10% of new value, which is based upon its current location. Any buyer would need to move the equipment, and much of the equipment is hard-wired. So, the buyer would also need to hire and pay an electrician before they could remove the equipment. Factoring moving costs, the costs of an electrician, and considering that Movant has been storing the equipment for several weeks now, a more reasonable value for the equipment is closer to 5% of new value. Also, the appraisal included items which are clearly fixtures and were never intended to be the tenant's property after lease termination/expiration. These include the sinks, counter-tops, hood, and walk-in cooler. (Willock Declaration.)

Overall, to document the actual value of the equipment, Movant has prepared a spreadsheet, a copy of which is attached to the Willock Declaration as Exhibit C. The spreadsheet omits the fixtures noted above and identifies the equipment value based upon the 5% valuation method. The total value for all such equipment is estimated to be $14,070.20, which approximates the value of movants landlord's lien and does not include the costs associated with asserting this

MOTION TO LIFT STAY

Law Offices of Jack B. Krona Jr.
5219 N. Shirley St. #100
Ruston, WA 98407
(253) 341-9331
j.krona@yahoo.com

Case 18-41204-MJH    Doc 15    Filed 06/28/18    Ent. 06/28/18 16:39:53    Pg. 3 of 10

lien for moving for relief from the stay. The Movant seeks to foreclose on its landlord's lien under state law and procedures, and will liquidate the value of the property subject to the lien through a sale authorized by state law and procedure.

Although the property at issue belonged to Dolce Si, Movant concurrently filed this motion in both the Dolce Si and the O'Shea's bankruptcy proceeding. As demonstrated by the signature of Dolce Si's counsel, who also represents Elisabetta Rosalinda O'Shea and Steven Patrick O'Shea in their concurrently filed individual bankruptcy, who are collectively referred to herein as the "Debtors," the Debtors stipulate that the two-months past-due Rent amount is $13,774.28 and that the liquidation value of the equipment as estimated by the Movant ($14,070.20) is a fair and reasonable valuation. The Debtors stipulate that the Movant's motion to lift stay to foreclose its landlord lien should be granted. The Debtors stipulate that the Movant has a valid landlords' lien on any equipment (and anything else, including personal property) remaining on the premises and that the value of the lien exceeds any claim the Debtors might otherwise have to the remainder of the proceeds of the lien after the lien is liquidated, through a sale or otherwise, and that they have no equity in any equipment (and anything else, including personal property) remaining on the premises. The Debtors also stipulate that the Dolce Si lease was terminated before the Dolce Si and the personal bankruptcies were filed.

VIII.

Under the terms of the commercial lease, the Dolce Si was required to pay monthly rent. As of the date of the filing of the Petition, the Dolce Si was in default under the lease and failed to pay the monthly rent as required. Dolce Si has applied all monthly payments it received to the total amount due. As of June 28, 2018, there is currently due and owing on the lease the outstanding principal balance of $156,743.01 in rent, utility charges and late fees. This amount does not include interest. Other obligations may be due.

MOTION TO LIFT STAY

Law Offices of Jack B. Krona Jr.
5219 N. Shirley St. #100
Ruston, WA 98407
(253) 341-9331
j.krona@yahoo.com

IV.

Other parties known to potentially have an interest in property subject to the Landlord's lien are Kabbage, Inc., 925B Peachtree St. NE #1688, Atlanta, GA 30309. All interested parties are being served with a copy of this motion.

X.

Movant is entitled to relief from the automatic stay pursuant to 11 U.S.C. §§ 362(d)(1) and 362(d)(2) because Dolce Si has no equity in the property subject to the lien and the property is not necessary to effectuate any plan of reorganization. Also, the Trustee has indicated an intent to abandon the property of the Dolce Si and the Debtors stipulate that the relief requested herein should be granted.

XI.

Movant attaches a Declaration in support of this motion as Exhibit 1, and a Proposed Order as Exhibit 2.

**PRAYER FOR RELIEF**

Movant prays for an Order from the Court granting Movant relief from the automatic stay and to allow it to foreclose on its statutory landlord's lien under state law and procedures and to re-lease the premises to new tenants. Movant further requests that the 14-day stay period provided by Federal Rules of Bankruptcy Procedure Rule 4001(a)(3) be waived. Movant seeks any further relief to which the Movant may be entitled.

DATED this 28th day of June 2018.

Law Offices of Jack B. Krona, Jr., Esq.

By /s/
Jack B. Krona Jr., Esq.
WSBA# 42484

MOTION TO LIFT STAY

Law Offices of Jack B. Krona Jr.
5219 N. Shirley St. #100
Ruston, WA 98407
(253) 341-9331
j_krona@yahoo.com

5

Case 18-41204-MJH    Doc 15    Filed 06/28/18    Ent. 06/28/18 16:39:53    Pg. 5 of 10

| | |
|---|---|
| 1 | Stipulated and Agreed By: |
| 2 | /s/_____ |
| | Brett Wittner |
| 3 | Morton McGoldrick, P.S. |
| | Counsel for Dolce Si, LLC, Elisabetta Rosalinda |
| 4 | O'Shea and Steven Patrick O'Shea |

MOTION TO LIFT STAY

Law Offices of Jack B. Krona Jr.
5219 N. Shirley St. #100
Ruston, WA 98407
(253) 341-9331
j.krona@yahoo.com

## CERTIFICATE OF SERVICE

On this 28th day of June 2018, I hereby certify under penalty of perjury that I served the above document on the parties listed in the attached Creditors Matrix as of June 28, 2018:

Law Offices of Jack B. Krona, Jr., Esq.

By /s/ _____
Jack B. Krona Jr., Esq.
WSBA# 42484

MOTION TO LIFT STAY

Law Offices of Jack B. Krona Jr.
5219 N. Shirley St. #100
Ruston, WA 98407
(253) 341-9331
j_krona@yahoo.com

```
Label Matrix for local noticing          Santander Consumer USA Inc.            VW CREDIT, INC.
0981-3                                   c/o Stewart, Zlimen & Jungers, Ltd.    14841 Dallas Parkway, Suite 300
Case 18-41204-MJH                        2860 Patton Road                       Dallas, TX 75254-7883
Western District of Washington           Roseville, MN 55113-1100
Tacoma
Thu Jun 28 13:25:59 PDT 2018

U.S. Bankruptcy Court                    American Express                       American Express National Bank
1717 Pacific Avenue                      PO Box 981535                          c/o Becket and Lee LLP
Suite 2100                               El Paso, TX 79998-1535                 PO Box 3001
Tacoma, WA 98402-3233                                                           Malvern  PA 19355-0701


Bank of America                          Dolce Si, LLC                          IRS
PO Box 851001                            3216 N. Stevens St.                    PO Box 7346
Dallas, TX 75285-1001                    Tacoma, WA 98407-4741                  Philadelphia, PA 19101-7346


Muckleshoot Casino                       NASA Federal Credit Union              Navy Federal Credit Union
6370 Auburn Way S.                       PO Box 1910                            PO Box 3500
Auburn, WA 98002                         Bowie, MD 20717-1910                   Merrifield, VA 22119-3500


Point Ruston                             Point Ruston Apartments, LLC           Santander Consumer USA
c/o Rainier Property Services            5219 N. Shirley St.                    PO Box 961245
5219 N. Shirley St.                      Tacoma, WA 98407-6599                  Terrell, TX 75161
Tacoma, WA 98407-6599


(p)WA STATE DEPT OF LABOR & INDUSTRIES   State of Washington                    USAA Bank
BANKRUPTCY UNIT                          Employment Security Department         9800 Fredericksburg Rd.
PO BOX 44171                             PO Box 9046                            San Antonio, TX 78288-0002
OLYMPIA WA 98504-4171                    Olympia, WA 98507-9046


United States Trustee                    (p)VOLKSWAGEN CREDIT UNION             Brett L Wittner
700 Stewart St Ste 5103                  1401 FRANKLIN BLVD                     Morton McGoldrick, P.S.
Seattle, WA 98101-4438                   LIBERTYVILLE IL 60048-4460             820 A Street
                                                                                Suite 600
                                                                                Tacoma, WA 98402-5293


Elisabetta Rosalinda O'Shea              Mark D Waldron                         Steven Patrick O'Shea
3216 N. Stevens St.                      6711 Regents Blvd W                    3216 N. Stevens St.
Tacoma, WA 98407-4741                    Suite B                                Tacoma, WA 98407-4741
                                         Tacoma, WA 98466-5421
```

              The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
              by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
State of Washington                      (d)State of Washington                 Volkswagen Credit
Department of L&I                        Department of Revenue                  PO Box 3
PO Box 44171                             PO Box 44171                           Hillsboro, OR 97123-0003
Olympia, WA 98504                        Olympia, WA 98504
```

End of Label Matrix  
Mailable recipients   23  
Bypassed recipients    0  
Total                 23

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0981-3<br>Case 18-41191-MJH<br>Western District of Washington<br>Tacoma<br>Thu Jun 28 13:26:49 PDT 2018 | Dolce Si, LLC<br>3216 N. Stevens St.<br>Tacoma, WA 98407-4741 | U.S. Bankruptcy Court<br>1717 Pacific Avenue<br>Suite 2100<br>Tacoma, WA 98402-3233 |
| Comcast<br>PO Box 34744<br>Seattle, WA 98124-1744 | Elavon<br>7300 Chapman Hwy<br>Knoxville, TN 37920-6612 | IRS<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| Kabbage, Inc.<br>925B Peachtree St. NE #1688<br>Atlanta, GA 30309-3918 | Liberty Distributing<br>909 Valley Ave. NW<br>Puyallup, WA 98371-2517 | Navy Federal Credit Union<br>PO Box 3500<br>Merrifield, VA 22119-3500 |
| Point Ruston<br>c/o Rainier Property Services<br>5219 N. Shirley St.<br>Tacoma, WA 98407-6599 | Point Ruston Apartments, LLC<br>5219 N. Shirley St.<br>Tacoma, WA 98407-6599 | (p)WA STATE DEPT OF LABOR & INDUSTRIES<br>BANKRUPTCY UNIT<br>PO BOX 44171<br>OLYMPIA WA 98504-4171 |
| State of Washington<br>Employment Security Department<br>PO Box 9046<br>Olympia, WA 98507-9046 | Steve and Elisabetta O'Shea<br>3216 N. Stevens St.<br>Tacoma, WA 98407-4741 | Tacoma Public Utilities<br>3628 S. 35th St.<br>Tacoma, WA 98409-3192 |
| United States Trustee<br>700 Stewart St Ste 5103<br>Seattle, WA 98101-4438 | Brett L Wittner<br>Morton McGoldrick, P.S.<br>820 A Street<br>Suite 600<br>Tacoma, WA 98402-5293 | Mark D Waldron<br>6711 Regents Blvd W<br>Suite B<br>Tacoma, WA 98466-5421 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| State of Washington<br>Department of L&I<br>PO Box 44171<br>Olympia, WA 98504 | (d)State of Washington<br>Department of Revenue<br>PO Box 44171<br>Olympia, WA 98504 | End of Label Matrix<br>Mailable recipients   17<br>Bypassed recipients   0<br>Total   17 |